

# CASE ANNOUNCEMENTS

*November 3, 2010*

[Cite as *11/03/2010 Case Announcements*, 2010-Ohio-5322.]

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–1754.   Columbus City School Dist. Bd. of Edn. v. Levin.
Board of Tax Appeals, No. 2008–M–408.

2010–1769.   Marlgate, L.L.C. v. Greene Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–M–644.

2010–1770.   State ex rel. McNea v. Indus. Comm.
Franklin App. No. 09AP–605, 2010-Ohio-4186.

2010–1777.   State ex rel. Scarborough v. Indus. Comm.
Franklin App. No. 09AP–1041, 2010-Ohio-4020.

2010–1799.   M/I Homes of Cincinnati, L.L.C. v. Warren Cty. Bd. of Revision.
Board of Tax Appeals, No. 2009–V–3796.

2010–1800.   Delaney v. Levin.
Board of Tax Appeals, No. 2010–K–719.

2010–1811.   Cleveland Mun. School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–M–298.

2010–1812.   Cleveland Mun. School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–M–299.